IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>JUAN SEBASTIAN ACEVEDO-CARDONA,<br>Defendant. | INFORMATION<br><br>Criminal No. 25-101 (ADC)<br><br>Violations:<br>18 U.S.C. § 111(a)(1)<br><br>ONE COUNT |

THE UNITED STATES ATTORNEY CHARGES

COUNT ONE
Assaulting, Resisting, or Impeding Certain Officers or Employees
(18 U.S.C. § 111(a)(1)

On or about February 28, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

JUAN SEBASTIAN ACEVEDO-CARDONA,

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit: Postal Police Officer R.R.C. who was engaged in official duties. All in violation of 18 U.S.C. § 111(a)(1)

W. STEPHEN MULDROW
United States Attorney

_____
Jonathan L. Gottfried
Assistant U.S. Attorney
Chief, Violent Crimes and
National Security Section

_____
Jeanette M. Collazo-Ortiz
Assistant U.S. Attorney