# Memorandum

**25-CR-101-ADC**



RECEIVED AND FILED
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Digitally signed by Gizelle M. Rivera, Operations Manager
DN: cn=Gizelle M. Rivera, Operations Manager, o=USDC-PR, email=Gizelle_Rivera@prd.uscourts.gov, c=US
Date: 2025.02.28 16:32:26 -04'00'

| Subject | Date |
|---|---|
| Misdemeanor Information for Juan Sebastian Acevedo-Cardona | February 28, 2025 |
| To: Gizelle Rivera<br>Operations Manager | From: Jeanette M. Collazo-Ortiz<br>Assistant United States Attorney |

Please open a new criminal case and file the attached Information for a misdemeanor violation of 18 U.S.C. § 111(a)(Assaulting, Resisting, or Impeding Certain Officers or Employees).

We are also attaching a proposed summons.

If you have any questions or concerns, you may contact me at 787 772-3928.